No. 21-3725

**IN THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT**

STATE OF MISSOURI, *ET AL.*,

*Plaintiffs-Appellees*,

v.

JOSEPH R. BIDEN, JR., *ET AL.*,

*Defendants-Appellants.*

On Appeal from the U.S. District Court for the
Eastern District of Missouri (4:21-cv-01329-MTS)

# MOTION FOR LEAVE TO FILE BRIEF OF AMERICAN COLLEGE OF PHYSICIANS, AMERICAN ACADEMY OF FAMILY PHYSICIANS, AMERICAN ACADEMY OF PEDIATRICS, AMERICAN COLLEGE OF CHEST PHYSICIANS, AMERICAN COLLEGE OF MEDICAL GENETICS AND GENOMICS, AMERICAN GERIATRICS SOCIETY, AMERICAN MEDICAL WOMEN'S ASSOCIATION, AMERICAN SOCIETY FOR CLINICAL PATHOLOGY, AMERICAN SOCIETY FOR ECHOCARDIOGRAPHY, AMERICAN SOCIETY OF HEMATOLOGY, AMERICAN THORACIC SOCIETY, AND AMERICAN LUNG ASSOCIATION AS *AMICI CURIAE* IN SUPPORT OF DEFENDANTS-APPELLANTS' EMERGENCY MOTION FOR STAY PENDING APPEAL

Rachel L. Fried
*Counsel of Record*
Jessica Anne Morton
Jeffrey B. Dubner
JoAnn Kintz*
DEMOCRACY FORWARD FOUNDATION

Appellate Case: 21-3725 Page: 1 Date Filed: 12/07/2021 Entry ID: 5105693

P.O. Box 34553
Washington, DC 20043
rfried@democracyforward.org
jmorton@democracyforward.org
jdubner@democracyforward.org
jkintz@democracyforward.org

*Counsel for Proposed* Amici Curiae

*Not admitted in the District of Columbia; practicing under the supervision of Democracy Forward lawyer

## MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE*

Pursuant to Federal Rule of Appellate Procedure 29, Proposed *Amici* move for leave to file the attached brief in support of Defendants-Appellants' emergency motion for stay pending appeal.

Proposed *Amici* include membership organizations of physicians and an organization representing patients:

The American College of Physicians is the largest medical specialty organization in the U.S. Its membership includes 161,000 internal medicine physicians, related subspecialists, and medical students. Internists apply scientific knowledge and clinical expertise to the diagnosis, treatment, and compassionate care of adults across the spectrum from health to complex illness. ACP and its physician members lead the profession in education, standard-setting, and the sharing of knowledge to advance the science and practice of internal medicine.

Founded in 1947, the American Academy of Family Physicians is one of the largest national medical organizations, representing 133,500 family physicians and medical students nationwide. AAFP seeks to improve the health of patients, families, and communities by advocating

for the health of the public and by supporting its members in providing continuous comprehensive health care to all.

The American Academy of Pediatrics was founded in 1930 and is a national, non-for-profit professional organization dedicated to furthering the interests of child and adolescent health. The AAP's membership includes over 67,000 primary care pediatricians, pediatric medical subspecialists, and pediatric surgical specialists. Over the past year-and-a-half, the AAP has devoted substantial resources to researching the scientific literature regarding how to treat COVID-19 and reduce its spread so that the AAP can provide up-to-date, evidence-based guidance for pediatricians and public health officials.

The American College of Chest Physicians is comprised of over 19,000 physicians, advance practice providers, respiratory therapists, and other front line health care professionals who provide patient care in pulmonary, critical care, and sleep medicine. CHEST serves as an important connection to clinical knowledge, research and resources, including through its highly respected peer-reviewed journal, clinical practice guidelines, and consensus statements. CHEST is interested in



Appellate Case: 21-3725 Page: 4 Date Filed: 12/07/2021 Entry ID: 5105693

providing evidence-based guidance on respiratory disease-related public health issues and advocating for best practices in patient care.

The American College of Medical Genetics and Genomics is the only nationally recognized medical professional organization solely dedicated to improving health through the practice of medical genetics and genomics, and the only medical specialty society in the U.S. that represents the full spectrum of medical genetics disciplines in a single organization. The ACMG is dedicated to improving health through the clinical and laboratory practice of medical genetics and to guiding the safe and effective integration of genetics and genomics into all of medicine and healthcare, resulting in improved personal and public health.

The American Geriatrics Society is a nationwide, not-for-profit society of geriatrics healthcare professionals founded in 1942 and dedicated to improving the health, independence, and quality of life of older people. AGS's 6,000+ members include geriatricians, geriatrics nurse practitioners, social workers, family practitioners, physician assistants, pharmacists, and internists who are pioneers in advanced-illness care for older individuals, with a focus on championing



Appellate Case: 21-3725 Page: 5 Date Filed: 12/07/2021 Entry ID: 5105693

interprofessional teams, eliciting personal care goals, and treating older people as whole persons. AGS advocates for policies and programs that support the health, independence, and quality of life of all of us as we age. AGS has a strong interest in policies to prevent and mitigate COVID-19 infection as an important public health intervention for the health and safety of our nation—but most critically for our vulnerable populations.

The American Medical Women's Association is the oldest multispecialty organization dedicated to advancing women in medicine and improving women's health. With a mission to advance women in medicine, advocate for equity, and ensure excellence in health care, AMWA envisions a healthier world where women physicians achieve equity in the medical profession and realize their full potential and where patients receive unbiased care.

The American Society for Clinical Pathology is a 501(c)(3) non-profit medical specialty society representing more than 100,000 members. ASCP is one of the nation's largest medical specialty societies and the world's largest organization representing the field of laboratory medicine and pathology. ASCP membership is uniquely diverse,

consisting broadly of board-certified pathologists, other physicians, clinical scientists, certified medical technologists and technicians, and educators. Together, ASCP's mission is to provide excellence in education, certification, and advocacy on behalf of patients, pathologists, and laboratory professionals to advance medicine and improve patient care. ASCP has on several occasions this year outlined its unwavering support for vaccine uptake and related mandates.*

The American Society for Echocardiography is the Society for Cardiovascular Ultrasound Professionals™. Founded in 1975, ASE is the largest global organization representing cardiovascular ultrasound imaging. ASE is the leader and advocate for physicians, sonographers, scientists, veterinarians, students, and all those with an interest in echocardiography, setting practice standards and guidelines for the field. The Society is committed to advancing cardiovascular ultrasound to improve lives.

---

* *See, e.g.*, *Statement Supporting OSHA's COVID Vaccine Requirement* (Nov. 17, 2021), https://bit.ly/3dun6uS; *To End the Pandemic, ASCP Urges that All Americans Be Vaccinated* (Aug. 11, 2021), https://bit.ly/3IvV6VS; *Joint Statement in Support of COVID-19 Vaccine Mandates for All Workers in Health and Long-Term Care* (July 29, 2021) https://bit.ly/3IvV6VS.

The American Society of Hematology is the world's largest professional society of hematologists, including approximately 18,000 clinicians and researchers, who are dedicated to furthering the understanding, diagnosis, treatment, and prevention of disorders affecting the blood. ASH believes that vaccinations offer the best protection against contracting COVID-19, prevent severe illness and hospitalization, and will help save lives.

The American Thoracic Society is an international, nonprofit, nonpartisan organization with more than 15,000 physicians, scientists, nurses, and respiratory therapists dedicated to improving the health and wellbeing of patients suffering from critical care illness, pulmonary disease and sleep disordered breathing. ATS's members are on the front lines of the COVID response, treating patients with COVID in hospital ICUs, inpatient hospital wards and caring for patients with long-COVID. Given ATS's close and daily interaction with COVID patients, ATS's members are also at significant risk for occupational exposures to COVID. As such the ATS has a compelling interest in seeing the federal government establish and enforce science-based vaccination and testing policy to protect the American public from further spread of COVID.



Appellate Case: 21-3725 Page: 8 Date Filed: 12/07/2021 Entry ID: 5105693

The American Lung Association is the nation's oldest voluntary health organization committed to a world free of lung disease. SARS-COV-2 (COVID-19) is a respiratory disease that has a dramatic impact on people with lung diseases including lung cancer and chronic obstructive pulmonary disease. The American Lung Association strongly supports vaccinations and has created public education and information to increase access and overcome vaccine hesitancy. The Lung Association has also invested significant resources in research, education and public policy advocacy regarding the adverse health effects caused by COVID-19.

Proposed *Amici* have a strong interest in promoting public health and reducing the spread of COVID-19, particularly within their own workplaces. The attached brief reflects Proposed *Amici*'s extensive review of medical literature supporting the efficacy and safety of the COVID-19 vaccines authorized or approved by the Food and Drug Administration. Accordingly, the proposed brief will assist the Court because it sets forth medical and scientific information demonstrating that the vaccination rule promulgated by the Centers for Medicare & Medicaid Services is neither arbitrary nor capricious and that



Appellate Case: 21-3725 Page: 9 Date Filed: 12/07/2021 Entry ID: 5105693

maintaining the stay of that standard would cause severe and irreparable harm to the public interest. Federal courts of appeals have previously accepted *amicus curiae* briefs on behalf of medical professionals in other cases addressing federal vaccination policies. *See, e.g.*, Order, *In re MCP No. 165, Occupational Safety and Health Administration Rule on COVID-19 Vaccine and Testing, 86 Fed. Reg. 61402*, No. 21-7000 (6th Cir. Dec. 3, 2021), ECF No. 299.

Counsel for Proposed *Amici* have consulted with the parties' counsel. Counsel for all parties have consented to this motion.

Pursuant to Federal Rule of Appellate Procedure 29(a)(4)(E), Proposed *Amici* state that no counsel for any party authored the proposed brief in whole or in part, and no person or entity, other than Proposed *Amici* and their counsel, made a monetary contribution intended to fund the preparation or submission of this brief.



Appellate Case: 21-3725 Page: 10 Date Filed: 12/07/2021 Entry ID: 5105693

Respectfully submitted,


_/s/ Rachel L. Fried_
Rachel L. Fried
Jessica Anne Morton
Jeffrey B. Dubner
JoAnn Kintz*
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
(202) 843-1642
rfried@democracyforward.org
jmorton@democracyforward.org
jdubner@democracyforward.org
jkintz@democracyforward.org

*Counsel for Proposed* Amici Curiae

*Not admitted in the District of Columbia; practicing under the supervision of Democracy Forward lawyers

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of Fed. R. App. P. 29(a)(5) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 1,335 words according to the word count function of Microsoft Word 365.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Century Schoolbook font.

*/s/ Rachel L. Fried*

Date: December 7, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2021, a true and accurate copyof the foregoing motion was electronically filed with the Court using theCM/ECF system. Service on counsel for all parties will be accomplished through the Court's electronic filing system.

*<u>/s/ Rachel L. Fried</u>*

Date: December 7, 2021



Appellate Case: 21-3725 Page: 13 Date Filed: 12/07/2021 Entry ID: 5105693