**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 21-3725

State of Missouri, et al.

Appellees

v.

Joseph R. Biden, Jr., in his official capacity as the President of the United States of America, et al.

Appellants

------------------------------

Reliant Care Management Company, L.L.C.

Amicus Curiae

American Academy of Family Physicians, et al.

Amici on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:21-cv-01329-MTS)

---

**ORDER**

American Academy of Family Physicians, American Academy of Pediatrics, American College of Chest Physicians, American College of Medical Genetics and Genomics, American College of Physicians, American Geriatrics Society, American Lung Association, American Medical Women's Association, American Society of Clinical Pathology, American Society for Echocardiography, American Society of Hematology and American Thoracic Society have filed a motion for leave to file an amicus brief in support of appellants' emergency motion for stay pending.

No objections have been filed and the motion is granted. The clerk shall review the brief submitted by the amicus party for filing.

December 13, 2021

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

______________________________________

/s/ Michael E. Gans